IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

AYMARA VAZQUEZ-CASAS

vs                                                CIVIL 98-2198CCC

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al

     By order of the Court, the pretrial conference set for today is VACATED pending ruling on Motion to Dismiss. Parties notified by telephone.

                                                                        - Secretary

Notified by telephone:

Lic. J. González-Munoz 767-3131 (ans. manchine)

Lcda. G. Gonzalez-Negron 721-8010 (Lcda. L. Doble)

11-9-99