IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                December 1, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

AYMARA VAZQUEZ-CASAS

vs                                                     CIVIL 98-2198CCC

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al

By order of the Court, the Motion to Withdraw (**docket entry 20**) is GRANTED.

The following motions are MOOT: Urgent Motion Requesting Extension of Time to Complete Discovery and to File Dispositive Motions and the Request for Extension to File Oppositin to Motion to Dismiss (**docket entries 23 and 25**). The docket shall so reflect.

The Motion Pursuant to Local Rule 108.1 (**docket entry 27**) is DENIED. Defendants Alberto Escudero, Luis A. Juarbe, Tomás de León and Evangeles Chávez-Moure shall file within thirty (30) days after notice, an English translation of all the exhibits in support of the motion for summary judgment pursuant to Local Rule 108.1. Parties to be notified.

s/c J. Gonzalez
   J. Gonzalez

/rd - Secretary