IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    December 10, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

AYMARA VAZQUEZ-CASAS

vs                                         CIVIL 98-2198CCC

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al

By order of the Court, the docket shall reflect that the Motion Requesting Leave to File Exhibit in the Spanish Language (**docket entry 30**) is MOOT.

The Motion Requesting Leave to Reply (**docket entry 32**) is GRANTED. Parties to be notified.

                                           ⁀ - Secretary

s/c.- J. González

J. González
12-13-99