IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          December 13, 1999

BEFORE HONORABLE CARMEN CONSUELO CEREZO

COURTROOM DEPUTY:                **CIVIL 98-2198(CC)**

COURT INTERPRETER:               COURT REPORTER:

PROBATION OFFICER:

---

**AYMARA VAZQUEZ-CASAS**          Attorney(s) for Plaintiff:

Plaintiff

   vs.

**COMMERCIAL DEVELOPMENT ADMINSTRATION**   Attorney(s) for Defendants:

Defendant

---

By order of the Court **the jury trial set for December 14, 1999 is vacated due to conflict with ongoing trial in Criminal 95-405(CC).** Same will be reset under separate order. Parties to be notified.

_____
Courtroom Deputy Clerk