UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VAZQUEZ-CASAS

**Plaintiff(s)**

v.                                   CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/24/99<br>**Title:** Motion to Stay Deadline to File Opposition to Motion for Summary Judgment<br>**Docket(s):** 31<br>[x] **Plff(s)**   [ ] Dft(s)   [ ] Other | By now the plaintiff should have had ample time to schedule Ms. Caraballo's deposition. Accordingly, the Court grants her until November 1, 2000 to file an opposition. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/30/99<br>**Title:** Motion to Withdraw Motion to Strike Response Reply by Commonwealth of Puerto Rico, etc.<br>**Docket(s):** 41<br>[x] **Plff(s)**   [ ] Dft(s)   [ ] Other | GRANTED. |

Date:   October 23, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge