UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV -2 AM 8 23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

VAZQUEZ-CASAS

Plaintiff(s)

v.  CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/21/99<br>**Title:** Motion to Strike Response Reply by Commonwealth of Puerto Rico, etc.<br>**Docket(s):** 38<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] Other | **MOOT.** See Docket 43. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/28/99<br>**Title:** Motion for Issuance of Additional Summons<br>**Docket(s):** 40<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] Other | **GRANTED.** |

Date: October 27, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: J. Gonzalez
     J. Gonzalez

NOV 02 2000