# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 DEC 12 PM 12 09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AYMARA VAZQUEZ CASAS

    **Plaintiff(s)**

      **v.**                **CIVIL NUMBER:** 98-2198 (JAG)

COMMERCIAL DEVELOPMENT
ADMINISTRATION, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 11/14/00<br>**Title:** Motion Requesting Leave to Consider Exhibits in Spanish for Purposes of Summary Judgment<br>**Docket:** 48<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED.** The Court grants a period of 60 days from the date of this order to file certified translations. |

| MOTION | ORDER |
|---|---|
| **Date:** 11/14/00<br>**Title:** Motion Requesting Leave to File Opposition Beyond Deadline<br>**Docket:** 47<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge