# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



AYMARA VAZQUEZ-CASAS

    Plaintiff(s)

    v.                      CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/21/00<br>**Title:** Motion to Strike Plaintiff's Motion in Opposition to Motion for Summary Judgment and Memorandum of Law, etc.<br>**Docket(s):** 50<br>[ ] Plff(s)  [x] Dft(s)  [ ] Other | **DENIED.** |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge


