# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

    **Plaintiff(s)**

       **v.**                  **CIVIL NUMBER:** 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/24/01 **Title:** Motion Requesting Leave to File Certified Court Translations Beyond Deadline **Docket(s):** 56 [ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

**Date:**   February 15, 2001

_Jay A. Garcia Gregory_
**JAY A. GARCIA GREGORY**
**U.S. District Judge**

