UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

Plaintiff(s)

v.                                  CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/08/01<br>**Title:** Motion Requesting Extension of Time to File Duly Authenticated Exhibits<br>**Docket(s):** 58<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED** as requested. |

Date: February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge