## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

    **Plaintiff(s)**

    v.                         **CIVIL NUMBER:** 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/20/01<br>**Title:** Motion to File Authenticated Exhibits and Supplement Motion for Summary Judgment<br>**Docket(s):** 60<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: April 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

