...



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

**Plaintiff(s)**

v.                                            CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Informative Motion<br>**Docket(s):** 64<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **NOTED.** Counsel for all parties, as well as the Clerk's Office, shall note the new address: PO Box 9024055, San Juan, PR 00902-4055; telephone (787) 725-8700 / fax (787) 725-8774. |

Date: August 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

