# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/11/01<br>**Title:** Motion Requesting Leave to Withdraw as Legal Representative<br>**Docket(s):** 66<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: September 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge