Case 3:98-cv-02198-JAG    Document 72    Filed 05/17/2002    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ CASSAS

    Plaintiff

    v.                                 CIVIL NO. 98-2198 (JAG)

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al.

    Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: May 14, 2002<br><br>Title: Motion to Withdraw and Request for Extension of Time<br><br>Docket No.: 71<br><br>[ ] Plffs  [x] Defs   [ ] Other | **GRANTED**. The Commonwealth Department of Justice shall announce new counsel within thirty (30) days. All deadlines set by the Court, however, remain in effect. |

Date: May 16, 2002

                                                    GUSTAVO A. GELPI
                                              United States Magistrate Judge

