GAG

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

    **Plaintiff(s)**

      v.

COMMERCIAL DEVELOPMENT

    **Defendant(s)**

**CIVIL NUMBER:** 98-2198 (JAG)

RECEIVED AND FILED
2002 JUN -7   AM 11: 24
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN PR.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/28/02<br>**Title:** Notice of Appearance<br>**Docket(s):** 75 | **NOTED.** |

[ ] **Plff(s)**    [X] **Dft(s)**    [ ] **Other**

**Date:** June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge