## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ CASAS

    Plaintiff

    v.

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al.

    Defendants

**CIVIL NO. 98-2198 (JAG)(GAG)**

| MOTION | ORDER |
|---|---|
| Date Filed: June 5, 2002 | **GRANTED**. |
| Title: Motion Requesting Leave to File Documents in Spanish | |
| Docket No.: 79 | |
| [ ] Plffs  [x] Defs     [ ] Other | |

Date: June 10, 2002

GUSTAVO A. GELPI
United States Magistrate-Judge