# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

    Plaintiff(s)

    v.                               CIVIL NO. 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/17/02<br>**Title:** Motion Requesting Leave to Reply<br>**Docket(s):** 86<br><br>[ ] Plff(s)  [X] Dft(s)  [ ] Other | **GRANTED.** The tendered reply shall be filed. |

Date: June 21, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


