# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

Plaintiff(s)

v.   CIVIL NO. 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

Defendant(s)

*RECEIVED AND FILED 2002 JUL 30 PM 12:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/22/02<br>**Title:** Motion Requesting Extension of Time to File Pretrial Memorandum<br>**Docket(s):** 91 | **GRANTED.** |

[ ] Plff(s)   [X] Dft(s)   [ ] Other

Date: July 26, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



