IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ CASAS

**Plaintiff**

v.

CIVIL NO. 98-2198 (JAG)

COMMERCIAL DEVELOPMENT
ADMINISTRATION, et al

**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/30/02<br>**Title:** Motion for Dismissal by Stipulation under Fed. R. Civ. P. 41(a)(1(ii)<br>**Docket(s):** 93, 94<br><br>☐ **Plaintiff(s)**  ☐ **Third-Party**<br>☐ **Defendant(s)**  ☐ **Other** | **GRANTED.** Judgment shall enter accordingly. The Stipulation shall remain under seal until further order of the Court. |

Date: July 31, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

