# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-2198 (JAG)

COMMERCIAL DEVELOPMENT

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09-25-02<br>**Title:** Motion Requesting Leave to Deposit Funds<br>**Docket(s):** 94<br>[ ] **Plff(s)**  [x] **Dft(s)**  [ ] **Other** | **GRANTED.** |

Date: October 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge