

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AYMARA VAZQUEZ-CASAS

    Plaintiff(s)

    v.                                 CIVIL NO.   98-2198 (JAG)

COMMERCIAL DEVELOPMENT

    Defendant(s)

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/27/02<br>**Title:** Motion for Withdrawal of Funds<br>**Docket(s):** 95 | **GRANTED.** |
| [ ] Plff(s)   [X] Dft(s)   [ ] Other | |

Date:   October 10, 2002          JAY A. GARCIA-GREGORY
                                                     U.S. District Judge